
FILED
JAN 15 2016
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREAT NORTHWEST INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID A. SCHLECHTEN, individually; and DAVID A. SCHLECHTEN & ASSOCIATES, INC., <br><br> Defendants. | CV 15–34–M–DLC <br><br> ORDER |

Plaintiff Great Northwest Insurance Company having filed an unopposed motion to withdraw its pending motion for summary judgment, and good cause appearing,

IT IS ORDERED that the motion (Doc. 18) is GRANTED. Plaintiff's motion for summary judgment (Doc. 15) is hereby WITHDRAWN.

DATED this 15th day of January, 2016.

Dana L. Christensen, Chief District Judge
United States District Court